```
1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-06-071 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | Date: July 17, 2006 |
| RAY LEE CHESTANG, | ) | Time: 9:30 a.m. |
| | ) | Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Ray Lee Chestang, by and through his counsel, Steve Bauer, Esq., that the appearance currently set for June 12, 2006, be vacated and reset for a status hearing on July 17, 2006, at 9:30 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution

of the case.

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for July 17, 2006 pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
DATED: June 9, 2006            /s/ Philip A. Ferrari for
                               STEVE BAUER, ESQ.
                               Attorney for Defendant


DATED: June 9, 2006            McGREGOR W. SCOTT
                               United States Attorney

                         By:   /s/ Philip A. Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

```
DATED: June 12, 2006           /s/ Frank C. Damrell Jr.
                               HON. FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE
```