1   **STEVEN D. BAUER**
    Attorney at Law - SBN 50084
2   428 J Street - Suite 350
    Sacramento, California 95814
3   Telephone: (916) 447-8262
    E-mail: baueresq@sbcglobal.net
4
    Attorney for Defendant: **RAY LEE CHESTANG**
5

6

7
            **IN THE UNITED STATES DISTRICT COURT**
8
          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
    **UNITED STATES OF AMERICA,**          )        Crim. S-06-0071 FCD
11                                          )
                    Plaintiff,              )
12                                          )
                    v.                      )      **STIPULATION AND ORDER**
13                                          )           **THEREON**
    **RAY LEE CHESTANG**,                   )
14                                          )
                    Defendant,              )
15   _____       )

16          It is hereby stipulated between counsel for the government and the defendant that

17   the Status Conference presently scheduled for July 17, 2006 may be continued until

18   August 21, 2006 at 9:30 a.m.   This continuance is necessary to permit counsel for both

19   sides to complete discussions regarding possible settlement and to reduce any such

20   agreement to writing.

21          It is further stipulated by the parties that time is excludable under the Speedy Trial

22   Act until August 21, 2006, and all the parties accordingly request the court to order that

23   time be excluded until that date.

24          Counsel for the defendant and the government have been engaged in productive

25   negotiations regarding this matter and have been in trial together it is believed by both

26   parties that this additional time will result in the resolution of the matter..  In light of the

27   foregoing, additional time will be required in order for the defense to prepare. See 18

28   U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

1 | Dated: July 11, 2006                                      Dated: July 11, 2006

2

3 | / s / Steven D. Bauer                                     / s / Phillip Ferrari

4 | **STEVEN D. BAUER**                                       **PHILLIP FERRARI**
Attorney for Defendant                                        Assistant United States Attorney

5

6 | For Good Cause Appearing
**IT IS SO ORDERED**

7 | Dated: July 12, 2006

8

9

/s/ Frank C. Damrell Jr.

10 | **FRANK C. DAMRELL**
U. S. District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28