1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **RAY LEE CHESTANG**
5

6

7
                  **IN THE UNITED STATES DISTRICT COURT**
8
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
   **UNITED STATES OF AMERICA,**       )   Crim. S-06-0071 FCD
11                                     )
                   Plaintiff,          )
12                                     )
              v.                       )   **STIPULATION AND ORDER**
13                                     )        **THEREON**
   **RAY LEE CHESTANG**,               )
14                                     )
                   Defendant,          )
15  ─────────────────────────────      )

16      It is hereby stipulated between counsel for the government and the defendant that

17  the Status Conference presently scheduled for August 21, 2006 may be continued until

18  October 2, 2006 at 9:30 a.m.   This continuance is necessary to permit counsel for both

19  sides to complete discussions regarding possible settlement and to reduce any such

20  agreement to writing.

21      It is further stipulated by the parties that time is excludable under the Speedy Trial

22  Act until October 2, 2006, and all the parties accordingly request the court to order that

23  time be excluded until that date.

24      Counsel for the defendant and the government have been engaged in productive

25  negotiations regarding this matter and have been in trial together it is believed by both

26  parties that this additional time will result in the resolution of the matter.. In light of the

27  foregoing, additional time will be required in order for the defense to prepare. See 18

28  U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

| | |
|---|---|
| Dated: August 17, 2006 | Dated: August 17, 2006 |
| / s / Steven D. Bauer | / s / Phillip Ferrari |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **PHILLIP FERRARI**<br>Assistant United States Attorney |

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: August 18, 2006

/s/ Frank C. Damrell Jr.
**FRANK C. DAMRELL JR.**
U. S. District Judge