**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RAY LEE CHESTANG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-06-0071 FCD |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER THEREON (AMENDED)** |
| **RAY LEE CHESTANG**, ) | |
| Defendant, ) | "MODIFIED" |

It is hereby stipulated between counsel for the government and the defendant that the Status Conference presently scheduled for October 2, 2006 may be continued until October 23, 2006 at 9:30 a.m. This continuance is necessary to permit counsel for both sides to complete discussions regarding possible settlement and to reduce any such agreement to writing.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until October 23, 2006, and all the parties accordingly request the court to order that time be excluded until that date.

Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter and have been in trial together it is believed by both parties that this additional time will result in the resolution of the matter.. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

| | |
|---|---|
| Dated: September 29, 2006 | Dated: September 29, 2006 |
| / s / Steven D. Bauer | / s / Phillip Ferrari |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **PHILLIP FERRARI**<br>Assistant United States Attorney |

For Good Cause Appearing, **IT IS SO ORDERED**

Dated: September 29, 2006

/s/ Frank C. Damrell Jr.
**FRANK C. DAMRELL JR.**
U. S. District Judge