**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RAY LEE CHESTANG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-06-0071 FCD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER THEREON** |
| ) | |
| **RAY LEE CHESTANG**, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated between counsel for the government and the defendant that the Status Conference presently scheduled for November 13, 2006 may be continued until November 27, 2006 at 10:00 a.m.   This continuance is necessary to permit counsel and defendant to review a proposed plea agreement.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until November 27, 2006, and all the parties accordingly request the court to order that time be excluded until that date.

Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter and have been in trial together it is believed by both parties that this additional time will result in the resolution of the matter.. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

1 | Dated: November 10, 2006                                   Dated: November 10, 2006

2

3 | / s / Steven D. Bauer                                           / s / Phillip Ferrari

4 | **STEVEN D. BAUER**                                   **PHILLIP FERRARI**
Attorney for Defendant                                        Assistant United States Attorney

5

6

7 | For Good Cause Appearing

**IT IS SO ORDERED**

8

9 | Dated: November 20, 2006

10

11

12 | _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28