**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RAY LEE CHESTANG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-06-0071 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **RAY LEE CHESTANG,** | |
| Defendant, | (Continuing Status to 3/26/07@10:00) |

It is hereby stipulated between counsel for the government and the defendant that the Status Conference presently scheduled for March 12, 2007 may be continued until March 26, 2007 and 10:00 a.m.  This continuance is necessary to permit counsel and defendant to review a proposed plea agreement.    It is further stipulated by the parties that time is excludable under the Speedy Trial Act from March 12, 2007 until March 26, 2007, and all the parties accordingly request the court to order that time be excluded until that date.

Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter and it is believed by both parties that this additional time will result in the resolution of the matter..  In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

( Signatures and Order on Following Page )

Dated: March 8, 2007

/ s / Steven D. Bauer
**STEVEN D. BAUER**
Attorney for Defendant

Dated: March 8, 2007

/ s / Phillip Ferrari
**PHILLIP FERRARI**
Assistant United States Attorney

For Good Cause Appearing  **IT IS SO ORDERED.**

Dated: March 9, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE