**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RAY LEE CHESTANG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**RAY LEE CHESTANG**,<br>Defendant, | Crim. S-06-0071 FCD<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Continuing Sentencing to)<br>( 1/28/08 @10:00) |

It is hereby stipulated between counsel for the government and the defendant that the Sentencing hearing presently scheduled for January 14, 2008 may be continued until January 28, 2008 at 10:00 a.m. This continuance is requested to permit counsel for the defendant to review and address recent changes in the law.

Dated: January 8, 2008                                      Dated: January 8, 2008

 / s / Steven D. Bauer                                       / s / Phillip Ferrari

**STEVEN D. BAUER**                                  **PHILLIP FERRARI**
Attorney for Defendant                                Assistant United States Attorney

**IT IS SO ORDERED**

Dated: January 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE