**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RAY LEE CHESTANG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>     v.<br><br>**RAY LEE CHESTANG**,<br><br>            Defendant, | 2:06-cr-0071 FCD<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Continuing Sentencing to)<br>( 2/4/08 @10:00) |

    It is hereby stipulated between counsel for the government and the defendant that the Sentencing hearing presently scheduled for January 28, 2008 may be continued until February 4, 2008 at 10:00 a.m. This continuance is requested to permit counsel for the defendant to complete a sentencing memorandum related to recent changes in the law..

Dated: January 24, 2008                                      Dated: January 24, 2008

 / s / Steven D. Bauer                                            / s / Phillip Ferrari

**STEVEN D. BAUER**                                          **PHILLIP FERRARI**
Attorney for Defendant                                         Assistant United States Attorney

    **IT IS SO ORDERED.**

Dated: January 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE