**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RAY LEE CHESTANG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **RAY LEE CHESTANG**, ) <br> ) <br> Defendant, ) <br> _____ ) | 2:06-cr-0071 FCD <br><br> **STIPULATION AND ORDER THEREON** <br><br> (Continuing Sentencing to) <br> ( 2/19/08 @10:00) |

It is hereby stipulated between counsel for the government and the defendant that the Sentencing hearing presently scheduled for February 4, 2008 may be continued until February 19, 2008 at 10:00 a.m. This continuance is requested to permit counsel for the defendant to complete a sentencing memorandum related to recent changes in the law, as well as to permit the government to respond thereto.

Dated: February 1, 2008                              Dated: February 1, 2008

 / s / Steven D. Bauer                                  / s / Phillip Ferrari

**STEVEN D. BAUER**                              **PHILLIP FERRARI**
Attorney for Defendant                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE