**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **RAY LEE CHESTANG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br> **RAY LEE CHESTANG**, <br> Defendant, | Crim. S-06-0071 FCD <br><br> **STIPULATION AND ORDER THEREON** <br><br> (Continuing Sentencing to) <br> ( 2/25/08 at 10:00 a.m.) |

It is hereby stipulated between counsel for the government and the defendant that the Sentencing hearing presently scheduled for February 19, 2008 may be continued until February 25, 2008 at 10:00 a.m. This continuance is requested to permit counsel for the defendant to complete a sentencing memorandum related to recent changes in the law, as well as to permit the government to respond thereto.

Dated: February 12, 2008                                Dated: February 12, 2008

 / s / Steven D. Bauer                                     / s / Phillip Ferrari

**STEVEN D. BAUER**                                **PHILLIP FERRARI**
Attorney for Defendant                               Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: February 12 , 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE