1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

5

6

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )    Case. No. CR-S-06-071 KJM
                                    )
14              Plaintiff,          )
                                    )    ORDER GRANTING REQUEST FOR
15                                  )    EXTENSION
        v.                          )
16                                  )
   RAY LEE CHESTANG,                )
17                                  )
                Defendant.          )
18                                  )
19 _____ )

20

21     The defendant, proceeding pro se, filed a motion to reduce his

22 sentence in light of the Fair Sentencing Act.  Docket, # 60.  Due to

23 the undersigned's oversight, the government has yet to file a

24 response.  On June 29, 2012, this Court ordered the government to

25 file any response by July 9, 2012.  Docket, # 63.

26     Although the defendant may be entitled to relief, it appears

27 there are at least some complicating factors concerning his original

28 sentencing, including among other things his status as a career

                                   1

1  offender.   The government requests a brief continuance so it may

2  retrieve the file from archives and provide the Court with a more

3  fully informed position on the matter.   In addition, the undersigned

4  will be out of the office until July 9, 2012.   For all of the

5  foregoing reasons, the government respectfully requests that it be

6  given until Wednesday, July 18, 2012, to file any response to the

7  motion.

8
DATED: June 30, 2012                    BENJAMIN B. WAGNER
9                                        United States Attorney

10
                                   By:  /s/ Philip A. Ferrari
11                                       PHILIP A. FERRARI
                                         Assistant U.S. Attorney
12

13      The government shall file any response to the pending motion

14 (Docket, # 60) on or before Wednesday, July 18, 2012.

15

16      **IT IS SO ORDERED.**

17 DATED:   July 2, 2012.

18

19                                 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28